# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MAE HUGGLER, | : CIVIL NO: 1:20-CV-02322 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| ANDREW SAUL,<br>Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER
July 28, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **VACATED** and the case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion and this Order. After entering judgment in favor of Ms. Huggler and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge